UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 22-22655-CIV-MARTINEZ-BECERRA**

NAAM PRODUCE, INC.,

    Plaintiff,

vs.

PK PRODUCE, INC.,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff Naam Produce, Inc.'s Motion for Entry of Final Default Judgment Against Defendant PK Produce, Inc., (ECF No. 9). Judge Becerra filed an R&R recommending that the Motion be granted, (ECF No. 13). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 13), is **AFFIRMED** and **ADOPTED**. Further, it is **ADJUDGED** and **ORDERED** that

1. Plaintiff's Motion for Entry of Final Default Judgment, (ECF No. 9), is **GRANTED** as follows:

    a. This Court finds that Plaintiff's damages were incurred by Defendant's violation of section 2 of the PACA, 7 U.S.C. § 499b.

    b. Plaintiff's request for damages in the amount of $32,723.80 plus interest at the rate of 1.5% per month from October 1, 2018 through August 22, 2019 and interest at the rate of 18% per annum from August 22, 2019 until fully paid is **GRANTED**.

    c. Plaintiff's request for an award of $500.00 in administrative costs is **GRANTED**.

    d. Plaintiff's request for reasonable attorney's fees and costs totaling $5,737.70 is **GRANTED**.

2. Final judgement shall be entered by a separate order.

**DONE AND ORDERED** in Miami, Florida, this ___ day of August, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record